IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-02504-LTB-OES

DAVID J. DEZZANI,

    Plaintiffs,

v.

SKI DEPOT SPORTS,
SPECIALTY SPORTS VENTURES,
SSI VENTURE LLC d/b/a SPORTS VENTURE LLC and
JOHN DOE PARTNERSHIP or CORPORATION, whose true name is unknown,

    Defendants.
_____

ORDER
_____

On December 6, 2004 plaintiff David Dezzani ("Dezzani") filed a complaint against Defendants for negligence, gross negligence and negligent misrepresentation associated with a skiing injury on December 14, 2002.

On April 18, 2005, Defendants filed a motion to dismiss for lack of jurisdiction under Fed. R. Civ. P. 12(b).  Defendants argue that Dezzani's complaint fails to allege facts sufficient to confer subject matter jurisdiction. Defendants assert, correctly, that subject matter jurisdiction for a federal diversity case requires an amount in controversy exceeding $75,000. 28 U.S.C. § 1332(a). Dezzani's complaint alleged an amount in controversy of $50,000 or more, not meeting the threshold for diversity jurisdiction.

However, Dezzani filed an amended complaint on December 22, 2004 alleging an amount in controversy exceeding $75,000.   The amended complaint satisfies the jurisdictional

criteria for diversity jurisdiction, and addresses the sole issue that is the basis for Defendant's motion to dismiss.

Defendant's Motion to Dismiss for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b) is therefore DENIED.

   s/Lewis T. Babcock
United States District Judge

DATED: August 10, 2005