IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-02504-LTB-OES

DAVID J. DEZZANI,

       Plaintiffs,

v.

SKI DEPOT SPORTS,
SPECIALTY SPORTS VENTURES,
SSI VENTURE LLC d/b/a SPORTS VENTURE LLC and
JOHN DOE PARTNERSHIP or CORPORATION, whose true name is unknown,

       Defendants.
_____

ORDER OF DISMISSAL
_____

       THIS MATTER having come before the Court on the Joint Stipulated Motion for Dismissal With Prejudice (Doc 10 - filed December 13, 2005), and the Court being fully advised in the premises, it is therefore

       ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                              LEWIS T. BABCOCK, Chief Judge

DATED: December 14, 2005